1 DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
2 croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
3 tsaulsbury@durietangri.com
217 Leidesdorff Street
4 San Francisco, CA 94111
Telephone: 415-362-6666
5 Facsimile: 415-236-6300

6 Attorneys for Defendant
FITBIT, INC.

GRANTED

Judge Yvonne Gonzalez Rogers

1/19/18

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BLUE SKY NETWORKS, LLC, | Case No. 4:17-cv-06543-YGR |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** |
| v. | Ctrm: 1 - 4th Floor |
| FITBIT, INC., | Judge: Honorable Yvonne Gonzalez Rogers |
| Defendant. | |

Defendant Fitbit, Inc. and Plaintiff Blue Sky Networks LLC, through their respective counsel, and pursuant to Local Rule 6-1(a), hereby stipulate to an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint to February 1, 2018.

IT IS SO STIPULATED.

Dated: January 18, 2018　　　　　　　　　　　DURIE TANGRI LLP

By: */s/ Timothy C. Saulsbury*
CLEMENT S. ROBERTS
TIMOTHY C. SAULSBURY

Attorneys for Defendant
FITBIT, INC.

Dated: January 18, 2018　　　　　　　　　　　CONNOR LEE, PLLC

By: */s/ Cabrach John Connor*
CABRACH JOHN CONNOR

Attorneys for Plaintiff
BLUE SKY NETWORKS, LLC

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Timothy C. Saulsbury, attest that concurrence in the filing of this document has been obtained.

Dated: January 18, 2018　　　　　　　　　　　*/s/ Timothy C. Saulsbury*
TIMOTHY C. SAULSBURY

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                      */s/ Timothy C. Saulsbury*
                      TIMOTHY C. SAULSBURY