M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: 650.618.4360
Facsimile: 650.618.4368

CABRACH J. CONNOR
Texas Bar No. 24036390 (*pro hac vice* forthcoming)
cconnor@taylordunham.com
JENNIFER TATUM LEE
Texas Bar No. 24046950 (*pro hac vice* forthcoming)
jtatum@taylordunham.com
CONNOR KUDLAC LEE, PLLC
609 Castle Ridge Road, Suite 450
Austin, TX 78746
Telephone: 512.777.1254
Facsimile: 888.387.1134

Attorneys for Plaintiff
BLUE SKY NETWORKS, LLC

DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
FITBIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BLUE SKY NETWORKS, LLC, | Case No. 4:17-cv-06543-YGR |
| Plaintiff, | **STIPULATION & ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR PATENT LITIGATION** |
| v. | |
| FITBIT, INC., | Judge: Honorable Yvonne Gonzalez Rogers |
| Defendant. | |

Upon the stipulation of the parties, the Court ORDERS as follows:

1. This Order supplements all other discovery rules and orders. It streamlines Electronically Stored Information ("ESI") production to promote a "just, speedy, and inexpensive determination of this action, as required by Federal Rule of Civil Procedure 1."

2. This Order may be modified in the Court's discretion or by stipulation. The parties shall jointly submit any proposed modifications within 30 days after the Federal Rule of Civil Procedure 16 Conference.

3. As in all cases, costs may be shifted for disproportionate ESI production requests pursuant to Federal Rule of Civil Procedure 26. Likewise, a party's nonresponsive or dilatory discovery tactics are cost-shifting considerations.

4. A party's meaningful compliance with this Order and efforts to promote efficiency and reduce costs will be considered in cost-shifting determinations.

5. The parties are expected to comply with the District's E-Discovery Guidelines ("Guidelines") and are encouraged to employ the District's Model Stipulated Order Re: the Discovery of Electronically Stored Information and Checklist for Rule 26(f) Meet and Confer regarding Electronically Stored Information.

6. General ESI production requests under Federal Rules of Civil Procedure 34 and 45 shall not include email or other forms of electronic correspondence (collectively "email"). To obtain email parties must propound specific email production requests.

7. The parties do not currently believe that email production will be necessary. If either party determines at a later date that email production is warranted, the parties will confer and agree to email discovery limitations with respect to the number of custodians and search terms are appropriate for any such email discovery.

STIPULATION & ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR
PATENT LITIGATION / CASE NO. 4:17-CV-06543-YGR

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  March 9, 2018                    By:

*Marc Belloli*
Marc Belloli

Attorneys for Plaintiff
BLUE SKY NETWORKS, LLC

Dated:  March 9, 2018                    DURIE TANGRI LLP

By:  *Eugene Novikov*
CLEMENT S. ROBERTS
TIMOTHY C. SAULSBURY
EUGENE NOVIKOV

Attorneys for Defendant
FITBIT, INC.

### Attestation

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

/s/ *Marc Belloli*
Marc Belloli

**IT IS ORDERED** that the forgoing Agreement is approved.

Dated:  March 14, 2018

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR
PATENT LITIGATION / CASE NO. 4:17-CV-06543-YGR