| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Telephone: 650.618.4360<br>Facsimile: 650.618.4368<br><br>CABRACH J. CONNOR<br>Texas Bar No. 24036390<br>(admitted pro hac vice)<br>cab@connorkudlaclee.com<br>JENNIFER TATUM LEE<br>Texas Bar No. 24046950<br>(admitted pro hac vice)<br>jennifer@connorkudlaclee.com<br>CONNOR KUDLAC LEE PLLC<br>609 Castle Ridge Road, Suite 450<br>Austin, TX 78746<br>Telephone: 512.777.1254<br>Facsimile: 888.387.1134<br><br>Attorneys for Plaintiff<br>Blue Sky Networks, LLC | DURIE TANGRI LLP<br>TIMOTHY C. SAULSBURY (SBN 281434)<br>tsaulsbury@durietangri.com<br>EUGENE NOVIKOV (SBN 257849)<br>enovikov@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:   415-362-6666<br>Facsimile:   415-236-6300<br><br>Attorneys for Defendant<br>Fitbit, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE SKY NETWORKS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FITBIT, INC.,<br><br>　　　　Defendant | CASE NO. 4:17-CV-06543-YGR<br><br>[PROPOSED] **ORDER RE STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

　　　CAME ON THIS DAY for consideration of the Stipulated Notice of Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Blue Sky Networks, LLC and defendant Fitbit, Inc. in this case, and the Court being of the opinion that said Stipulation should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Blue Sky Networks, LLC and defendant Fitbit, Inc. are hereby dismissed

with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

Dated: __June 25, 2018__

_____
The Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE